IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL FRANCIS HENDRIE,

    Plaintiff,                                  2:06-cv-1496-GEB-EFB-PS

    vs.

STATE OF PENNSYLVANIA, et al.,

    Defendants.                          ORDER

_____/

        On August 10, 2006, the magistrate judge filed findings and recommendations herein which were served on the parties. Pursuant to 28 U.S.C. 636(b)(1) and Local Rule 72-304(b), any objections were to be filed within ten days after service of the findings and recommendations. No objections were filed.

        Accordingly, the court presumes any findings of fact are correct. See Orland v. United States, 602 F.2d 207, 208 (9th Cir. 1999). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

        The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

\\\\\

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed August 10, 2006, are ADOPTED;

2. Plaintiff's complaint is dismissed with prejudice; and

3. The Clerk is directed to close the case.

Dated: October 2, 2006

```
/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge
```